O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3500 AHM (RCx) | Date | November 25, 2009 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA *ex rel.* MARIA L. GOMEZ v. ELIAS BARHOUM, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

This matter is currently set for a Pre-Trial Conference on November 30, 2009. To date, however, neither party has lodged the proposed Pre-Trial Conference Order or filed any of the other pretrial documents required by the Court's January 14, 2009 Scheduling and Case Management Order and Local Rule 16. The Court's January 14, 2009 Order specified that the PTCO and other documents needed to be submitted to the Court no later than seven calendar days before the Pre-Trial Conference. Accordingly, Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing, by not later than December 2, 2009, and by personal appearance at the Pre-Trial Conference on November 30, 2009 at 11:00 a.m. why this case should not be dismissed for want of prosecution. *See* Local Rule 41.

|  | : |
|---|---|
| Initials of Preparer | SMO |