O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3500 AHM (RCx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA *ex rel.* MARIA L. GOMEZ v. ELIAS BARHOUM, *et al.* | | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Kendra Bradshaw | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Danny Young-In Yoo | None Present |

**Proceedings:**   FINAL PRETRIAL CONFERENCE

The Court is in receipt of the Notice of Settlement filed November 25, 2009. The Court shall dismiss the case subject to the determination of the amount of attorneys' fees.

The Motion for Attorneys' Fees shall be filed no later than Monday, December 7, 2009.

|  | : | 08 |
|---|---|---|
| | Initials of Preparer | KB |